## WILLIAM C. LINDSAY v. CITY OF NEWPORT.

February Term, 1937.

Present: POWERS, C. J., SLACK, MOULTON, SHERBURNE and BUTTLES, JJ.

Opinion filed May 4, 1937.

*William C. Lindsay, pro se.*

*Hubert S. Pierce* for the defendant.

MOULTON, J. If the plaintiff has a valid claim against the municipality for services performed, disbursements made, or obligations incurred by him as city clerk and treasurer and

clerk of the city council, or by reason of any improper interference by the city council with his rights and duties as such, he has an adequate remedy in a court of law, although he cannot expect to recover upon separate rights of action in contract and tort combined in one and the same proceeding, as he has attempted to do in his bill of equity. *Ware* v. *Estabrooks,* 73 Vt. 92, 94, 50 Atl. 543; *Dean* v. *Cass,* 73 Vt. 314, 315, 50 Atl. 1085. The demurrer was properly sustained. *Jones* v. *Stearns, Admr.,* 97 Vt. 37, 44, 122 Atl. 116, 31 A. L. R. 653; *Holman* v. *Randolph National Bank,* 98 Vt. 66, 75, 76, 126 Atl. 500.

*Decree affirmed and cause remanded with leave to the plaintiff to apply for a transfer to a court of law, if he be so advised.*